IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 09-1423-TUC-JMR |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Dionicio Reyes-Perez, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED the Magistrate Judge's Report and Recommendation dated June 17, 2010, is ADOPTED insofar as it denies Defendant's Motion to Suppress the Defendant's initial statements to Border Patrol Agent Lambson.

The Court will determine at trial the admissibility of any other statements for impeachment and/or rebuttal.

This case remains set for trial on July 20, 2010 at 10:00 a.m.

DATED this 6th day of July, 2010.

_____
John M. Roll
Chief United States District Judge